AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fulton, Thomas H. | U.S. Bankruptcy Court | 07/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
601 West Broadway, Suite 528
Louisville, KY 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. Variable Annuity | | None | J | T | Sold (part) | 02/07/14 | K | A | |
| 3. First Eagle Global CL A | | None | J | T | | | | | |
| 4. HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 5. Hilliard Lyons Govt. Fund | A | Dividend | J | T | | | | | |
| 6. Bar Harbor Bankshares | A | Dividend | J | T | Buy | 06/26/14 | J | | |
| 7. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 8. Connecticut Wtr Svc, Inc | A | Dividend | J | T | Buy | 06/26/14 | J | | |
| 9. CISCO Systems, Inc. | A | Dividend | J | T | | | | | |
| 10. Walt Disney Stock | A | Dividend | L | T | | | | | |
| 11. Home Depot Stock | A | Dividend | K | T | | | | | |
| 12. International Paper | A | Dividend | K | T | | | | | |
| 13. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 14. Microsoft | A | Dividend | K | T | | | | | |
| 15. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 16. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 17. Staples, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 19. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 20. Corning, Inc. | A | Dividend | J | T | | | | | |
| 21. Janus Cap Group | A | Dividend | J | T | | | | | |
| 22. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 23. Summer Infant | A | Dividend | J | T | | | | | |
| 24. O Reily Automotive, Inc | A | Dividend | J | T | | | | | |
| 25. Zoetis, Inc | A | Dividend | J | T | | | | | |
| 26. Hilliard Lyons Brokerage Acct. #2 | | | | | | | | | |
| 27. Walmart | A | Dividend | J | T | | | | | |
| 28. Nokia | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 29. American Legacy III Variable Annuity | A | Dividend | J | T | | | | | |
| 30. Hilliard Lyons Govt Fund | A | Dividend | J | T | | | | | |
| 31. Dow Chemical | A | Dividend | J | T | | | | | |
| 32. QualComm, Inc. | A | Dividend | J | T | | | | | |
| 33. Oracle Corp | A | Dividend | J | T | | | | | |
| 34. Pfizer, Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Costa, Inc (formerly known as Cross A T Company) | A | Dividend | | | Sold | 02/03/14 | J | | |
| 36. Janus Cap Group | A | Dividend | J | T | | | | | |
| 37. Landuer Inc. | A | Dividend | J | T | | | | | |
| 38. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 39. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 40. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 41. Zoetis, Inc | A | Dividend | J | T | | | | | |
| 42. Petsmart, Inc. | A | Dividend | J | T | Buy | 03/11/14 | J | | |
| 43. Hingham Institut for Svg | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 44. Hilliard Lyons Trust Acct. | | | | | | | | | |
| 45. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 46. Abbvie Inc com | A | Dividend | J | T | | | | | |
| 47. Berkshire Hathaway | | None | K | T | Sold (part) | 01/16/14 | J | C | |
| 48. Cisco | A | Dividend | J | T | | | | | |
| 49. Disney Walt | A | Dividend | J | T | Sold (part) | 01/16/14 | J | C | |
| 50. Exxon Mobile | A | Dividend | K | T | | | | | |
| 51. Pepsico | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 53. Walgreens Co. | A | Dividend | J | T | | | | | |
| 54. Goldmans Sach Financial Square Federal Fund | A | Dividend | J | T | | | | | |
| 55. Johnson & Johnson Co. | A | Dividend | J | T | | | | | |
| 56. TJX Companies | A | Dividend | K | T | | | | | |
| 57. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 58. Microsoft Corp | A | Dividend | J | T | | | | | |
| 59. Home Depot | A | Dividend | J | T | | | | | |
| 60. Chevron Corp | A | Dividend | K | T | | | | | |
| 61. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 62. TEVA Pharmaceutical Inds. | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 63. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 64. Ishares TR MSCI EAFE Index | A | Dividend | | | Sold | 12/15/14 | K | B | |
| 65. Ishares TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 66. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 67. VanGuard FTSE Emerging Mrkt ETF | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 68. Southern Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 70. CH Robinson Worldwide | A | Dividend | | | Sold | 05/05/14 | J | A | |
| 71. Expeditors INTL | A | Dividend | J | T | | | | | |
| 72. Allergan Inc | A | Dividend | J | T | | | | | |
| 73. International Business Machs Corp | A | Dividend | J | T | | | | | |
| 74. Artisan International | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 75. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 76. Dodge & Cox International Stock | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 78. Pfizer, Inc | A | Dividend | J | T | Buy | 05/14/14 | J | | |
| 79. Hilliard Lyons Retirement Acct. | | | | | | | | | |
| 80. Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 81. Wells Fargo(formerly Wachovia Securities) Brokerage Acct. #1 | | | | | | | | | |
| 82. Powershares Water Resources | A | Dividend | K | T | | | | | |
| 83. Wachovia Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 84. Principal Financial Group | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 85. Guggenheim | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Advisors Asset MGR-Emerging Mkts | A | Dividend | K | T | | | | | |
| 87. First Trust Portfolios Do Target 10 Dec 13 | C | Dividend | L | T | | | | | |
| 88. Sanofi ADR | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 89. Wells Fargo(formerly Wachovia Securites) Acct. #3 | | | | | | | | | |
| 90. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 91. Goldcorp, Inc. | A | Dividend | | | Sold | 07/31/14 | J | A | |
| 92. Monmouth Real Estate Reit | A | Dividend | K | T | | | | | |
| 93. UMH Properties, Inc. | B | Dividend | K | T | | | | | |
| 94. Alpine Global Dynamic | A | Dividend | J | T | | | | | |
| 95. Medtronic, Inc | A | Dividend | K | T | | | | | |
| 96. Merk&Co. Inc | A | Dividend | K | T | | | | | |
| 97. SYSCO Corp | A | Dividend | | | Sold | 04/03/14 | K | A | |
| 98. YUM Brands, Inc. | A | Dividend | K | T | | | | | |
| 99. Exxon Mobile | A | Dividend | J | T | | | | | |
| 100. Hershey Company | A | Dividend | | | Sold | 07/31/14 | J | A | |
| 101. First Trust Dow Target Dvd 2Q14 | A | Dividend | K | T | Buy | 04/10/14 | J | | |
| 102. Aetna, Inc. | A | Dividend | K | T | Buy | 07/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo(formerly) Wachovia Securities Brokerage Acct. #4 | | | | | | | | | |
| 104. AT & T Inc. | B | Dividend | K | T | | | | | |
| 105. Gilat Satellite Networks | | None | J | T | | | | | |
| 106. Headwaters, Inc. | | None | J | T | | | | | |
| 107. Merk & Co. Inc. | A | Dividend | K | T | | | | | |
| 108. Pfizer Incorporated | B | Dividend | K | T | | | | | |
| 109. Tetra Tech Inc. | | None | K | T | | | | | |
| 110. Verizon Communications | B | Dividend | K | T | | | | | |
| 111. Tekla Healthcare Investors (formerly known -H & Q Healthcare FD SBI) | B | Dividend | K | T | Sold (part) | 03/14/14 | K | A | |
| 112. Tekla Life Sciences (formerly known -H & Q Life Sciences) | D | Dividend | K | T | Sold (part) | 03/14/14 | K | A | |
| 113. IRA Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 114. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 115. Lazard LTD | A | Dividend | | | Sold | 04/25/14 | K | A | |
| 116. Intel Corp | A | Dividend | K | T | | | | | |
| 117. Chevron | A | Dividend | K | T | | | | | |
| 118. McDonalds Corp | A | Dividend | K | T | Sold (part) | 06/03/14 | K | B | |
| 119. SYSCO Corp | A | Dividend | | | Sold | 04/03/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CISCO Systems Inc | A | Dividend | | | Sold | 01/28/14 | K | A | |
| 121. Apple, Inc. | A | Dividend | K | T | Buy | 01/28/14 | K | | |
| 122. | | | | | Buy (add'l) | 04/25/14 | K | | |
| 123. | | | | | Sold (part) | 06/03/14 | K | B | |
| 124. Microsoft Corp | B | Dividend | K | T | | | | | |
| 125. Procter & Gamble Co. | B | Dividend | K | T | | | | | |
| 126. John Hancock Regional | A | Dividend | K | T | Buy | 03/14/14 | K | | |
| 127. First Trust Financials Select Port | A | Dividend | K | T | Buy | 03/14/14 | K | | |
| 128. First Trust Dow Target DvD 2Q14 | C | Dividend | K | T | Buy | 04/10/14 | K | | |
| 129. Broadcom Corp | | None | | | Buy | 05/19/14 | K | | |
| 130. | | | | | Sold | 06/03/14 | K | A | |
| 131. Aetna, Inc | A | Dividend | J | T | Buy | 08/01/14 | J | | |
| 132. Wells Fargo(formerly Wachovia Securities) Brokerage Acct. #5 | | | | | | | | | |
| 133. Bank Deposit Sweep | A | Int./Div. | J | T | Sold (part) | 01/31/14 | K | A | |
| 134. American Strategies Capital, LTD | | None | | | Sold | 06/16/14 | J | A | |
| 135. Monmouth Real Estate | B | Dividend | K | T | | | | | |
| 136. Transocean, LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. UMH Properties, Inc | A | Dividend | J | T | | | | | |
| 138. Williams Companies, Inc. | A | Dividend | | | Sold | 06/16/14 | K | A | |
| 139. Cano WIT (formerly known as Enervest Diversified Income Trust) | B | Dividend | | | Sold | 11/25/14 | J | A | |
| 140. WPX Energy, Inc. | | None | J | T | | | | | |
| 141. General Electric | A | Dividend | K | T | | | | | |
| 142. Vodafone Group | A | Dividend | J | T | | | | | |
| 143. Verizon Communications | A | Dividend | J | T | Spinoff (from line 142) | 02/24/14 | J | | |
| 144. First Trust Portfolios Diversfd Equity Strat | B | Dividend | | | Redeemed | 10/20/14 | L | A | |
| 145. Entergy LA LLC | A | Dividend | K | T | | | | | |
| 146. First Trust Portfolios Int. Rate Hedge Fund | C | Dividend | L | T | | | | | |
| 147. First Trust Portfolios Nasdaq TGT | A | Dividend | | | Redeemed | 10/15/14 | K | A | |
| 148. First Trust Portfolios Capital Strength series 22 | A | Dividend | L | T | | | | | |
| 149. First Trust Homebuilders Recovery | A | Dividend | L | T | Buy | 01/15/14 | K | | |
| 150. | | | | | Buy (add'l) | 01/21/14 | K | | |
| 151. Guggenheim | B | Dividend | K | T | Buy | 06/16/14 | K | | |
| 152. First Trust Dow Target 10 14 | B | Dividend | K | T | Buy | 10/15/14 | K | | |
| 153. Firtst Trust Dvrsfd EQ Strtgc | A | Dividend | L | T | Buy | 10/16/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. First Trust Energy Select Portfolio | A | Dividend | K | T | Buy | 11/25/14 | K | | |
| 155. Wells Fargo(formerly Wachovia Securities) Brokerage Acct # 6 | | | | | | | | | |
| 156. Bank Sweep Deposit | A | Interest | J | T | | | | | |
| 157. Mutual Series FD, Inc. | C | Dividend | K | T | | | | | |
| 158. First Trust Value Target 25 13 | A | Dividend | | | Redeemed | 07/14/14 | K | A | |
| 159. First Trust Value Target 25 3Q 14 | A | Dividend | K | T | Buy | 07/14/14 | K | | |
| 160. Pro Cash Plus #1 | | | | | | | | | |
| 161. Federated Capital Reserves | | None | L | T | | | | | |
| 162. Target Corp | A | Dividend | K | T | | | | | |
| 163. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 164. Vanguard Whitehall FDS High Divident | A | Dividend | K | T | | | | | |
| 165. Wisdom Tree TR Div. Ex Financials | B | Dividend | K | T | | | | | |
| 166. Washington Mutual Investors Fund | B | Dividend | | | Sold | 10/02/14 | L | D | |
| 167. Altria Group Inc Com | A | Dividend | K | T | | | | | |
| 168. AT&T Inc. | A | Dividend | K | T | | | | | |
| 169. Firstenergy Corp | A | Dividend | J | T | | | | | |
| 170. Procter & Gambe Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Verizon Communications | B | Dividend | K | T | | | | | |
| 172. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |
| 173. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 174. American Short Term Tax-Exempt Bond Fund | A | Int./Div. | L | T | Buy | 10/02/14 | L | | |
| 175. Pro Cash #2 | | | | | | | | | |
| 176. Ventas, Inc. | B | Dividend | K | T | Buy | 02/12/14 | J | | |
| 177. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 178. Comcast Corp | A | Dividend | K | T | Buy | 02/13/14 | J | | |
| 179. Exxon Mobil Corp | A | Dividend | K | T | Buy | 02/14/14 | K | | |
| 180. General Electric Co. | A | Dividend | K | T | Buy | 02/14/14 | J | | |
| 181. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 182. Seadrill limted Shs | B | Dividend | J | T | Buy | 05/22/14 | J | | |
| 183. 3d Sys Corp | A | Dividend | J | T | Buy | 05/22/14 | K | | |
| 184. Wesport Innovations Inc. | A | Dividend | K | T | Buy | 05/22/14 | K | | |
| 185. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 186. American Short-Term Tax-Exemt Bond Fund | B | Dividend | L | T | Buy | 10/02/14 | L | | |
| 187. Pershing Govt. Acct | A | Interest | L | T | Buy (add'l) | 06/26/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. American Funds MM Acct | C | Dividend | | | Sold | 02/14/14 | L | | |
| 189. FT Unit 2936 Tactical Port | B | Interest | K | T | | | | | |
| 190. American Mutual Fund Class A | C | Dividend | M | T | | | | | |
| 191. Ishares TR MSCI EAFE | A | Dividend | K | T | Buy | 11/07/14 | K | | |
| 192. The Income Fund of America Class A | D | Dividend | M | T | | | | | |
| 193. The Investment Company of America | A | Dividend | | | Buy (add'l) | 02/14/14 | L | | |
| 194. | | | | | Sold | 10/02/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fulton, Thomas H. | 07/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas H. Fulton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544